# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 0324

VERSUS

ANDRE GRIFFIN AND TREVEON
ROBINSON

**MARCH 30, 2022**

---

In Re:    Andre Griffin and Treveon Robinson, applying for
          supervisory writs, 18th Judicial District Court,
          Parish of Pointe Coupee, No. 83,365-F c/w 83,666-F.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

   **WRIT DENIED. STAY LIFTED.** The stay previously issued by
this court in this matter is hereby lifted.

**JEW**
**MRT**

   **McClendon, J.,** dissents.  I would grant a thirty-day
continuance.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT